# United States District Court

## Southern District of Georgia

RICKIE WASHINGTON

Plaintiff

Case No. 6:23-cv-00066-JRH-BKE

v.

BRIGGS & STRATTON, LLC

Defendant

Appearing on behalf of Defendant Briggs & Stratton, LLC
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23rd day of January, 2024.

/s/ Brian K. Epps
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: R. Benjamin McMichael

Business Address: Littler Mendelson, P.C.
Firm/Business Name

3424 Peachtree Road, NE
Street Address

| Suite 1200 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(404) 443-3516 — Telephone Number (w/ area code)
902654 — Georgia Bar Number

Email Address: BMcMichael@littler.com